**Form 668 (Z)**
(Rev. 10-2000)

4651

Department of the Treasury - Internal Revenue Service

# Certificate of Release of Federal Tax Lien

| Area: SMALL BUSINESS/SELF EMPLOYED AREA #15 Lien Unit Phone: (800) 913-6050 | Serial Number 442211008 | For Use by Recording Office MC-07-00067 |

I certify that the following-named taxpayer, under the requirements of section 6325 (a) of the Internal Revenue Code has satisfied the taxes listed below and all statutory additions. Therefore, the lien provided by Code section 6321 for these taxes and additions has been released. The proper officer in the office where the notice of internal revenue tax lien was filed on __May 14__ __2008__, is authorized to note the books to show the release of this lien for these taxes and additions.

**Name of Taxpayer**
JOAQUIN M MANGLONA

**FILED**
Clerk
District Court
SEP 11 2008
For The Northern Mariana Islands
By _____
(Deputy Clerk)

**Residence** PO BOX 500732
SAIPAN, MP 96950-0732

COURT RECORDING INFORMATION:

| Liber | Page | UCC No. | Serial No. |
|---|---|---|---|
| n/a | n/a | n/a | MC07-00067 |

| Kind of Tax (a) | Tax Period Ending (b) | Identifying Number (c) | Date of Assessment (d) | Last Day for Refiling (e) | Unpaid Balance of Assessment (f) |
|---|---|---|---|---|---|
| 941 | 12/31/2004 | 98-0459196 | 07/23/2007 | 08/22/2017 | 988.62 |
| 941 | 03/31/2005 | 98-0459196 | 08/22/2005 | 09/21/2015 | 1788.51 |
| 941 | 06/30/2005 | 98-0459196 | 09/12/2005 | 10/12/2015 | 1451.93 |
| 941 | 09/30/2005 | 98-0459196 | 10/09/2006 | 11/08/2016 | 434.89 |
| 941 | 12/31/2005 | 98-0459196 | 03/20/2006 | 04/19/2016 | 2296.43 |
| 941 | 03/31/2006 | 98-0459196 | 08/13/2007 | 09/12/2017 | 1856.56 |
| 941 | 06/30/2006 | 98-0459196 | 08/13/2007 | 09/12/2017 | 1765.69 |
| 941 | 09/30/2006 | 98-0459196 | 12/18/2006 | 01/17/2017 | 1484.90 |
| 941 | 12/31/2006 | 98-0459196 | 04/09/2007 | 05/09/2017 | 1195.01 |
| 941 | 03/31/2007 | 98-0459196 | 07/02/2007 | 08/01/2017 | 1419.23 |
| 941 | 06/30/2007 | 98-0459196 | 02/04/2008 | 03/06/2018 | 1968.05 |
| 941 | 09/30/2007 | 98-0459196 | 02/04/2008 | 03/06/2018 | 1561.97 |
| 941 | 12/31/2007 | 98-0459196 | 03/17/2008 | 04/16/2018 | 1299.64 |

*************************************************************************

**Place of Filing**
US DISTRICT COURT OF CNMI
PO BOX 500687
Saipan, MP 96950

Total $ 19511.43

This notice was prepared and signed at __INTERNATIONAL, PR__, on this, the __27th__ day of __August__, __2008__.

Signature _R. A. Mitchell_

Title Director, Campus Compliance Operations

(**NOTE:** Certificate of officer authorized by law to take acknowledgments is not essential to the validity of Certificate of Release of Federal Tax lien Rev. Rul. 71-466, 1971 - 2 C.B. 409)

Part 1 - RECORDING OFFICE

Form **668 (Z)** (Rev. 10-2000)
CAT. NO 600261